IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GARY COLLINSWORTH, | ] | |
| Plaintiff, | ] | |
| vs. | | CV 96-PT-3106-E |
| NATIONAL WIRELESS CABLE SYSTEMS, INC., et al,, | ] | |
| Defendants. | ] | |

**ENTERED**

**AUG 1 9 1997**

| | | |
|---|---|---|
| NATIONAL WIRELESS CABLE SYSTEMS, INC., et al | ] | |
| Plaintiffs, | ] | |
| vs. | ] | CV 97-P-1441-S |
| GARY COLLINSWORTH, et al, | ] | |
| Defendants. | ] | |

| | | |
|---|---|---|
| ABE GRIGLEN, | ] | |
| Plaintiff, | ] | |
| vs. | | CV 97-C-1437-E |
| | ] | |
| NATIONAL WIRELESS CABLE SYSTEMS, INC., et al, | ] | |
| Defendants. | ] | |

| | | |
|---|---|---|
| JULIA GORDON, | ] | |
| Plaintiff, | | |
| | ] | CV 97-S-1438-E |
| vs. | | |
| | ] | |
| NATIONAL WIRELESS CABLE SYSTEMS, INC., et al, | | |
| | ] | |
| Defendants. | | |

| | | |
|---|---|---|
| MICHAEL PERRY, | ] | |
| Plaintiff, | | |
| vs. | ] | CV 97-N-1439-E |
| NATIONAL WIRELESS CABLE SYSTEMS, INC., et al, | ] | |
| Defendants. | ] | |

| | | |
|---|---|---|
| JESS PAGE, JR., | ] | |
| Plaintiff, | | CV 97-B-1440-E |
| | ] | |
| vs. | | |
| NATIONAL WIRELESS CABLE SYSTEMS, INC., et al, | ] | |
| Defendants. | ] | |

| | | |
|---|---|---|
| EARLENE ELEBY, | ] | |
| Plaintiff, | ] | |
| vs. | ] | CV 97-C-1442-E |
| NATIONAL WIRELESS CABLE SYSTEMS, INC., et al, | ] | |
| Defendants. | ] | |

| | | |
|---|---|---|
| WILLIAM WILDER and ALTHERIA WILDER, | ] | |
| Plaintiffs, | ] | |
| vs. | ] | CV 97-S-1443-E |
| NATIONAL WIRELESS CABLE SYSTEMS INC., et al, | ] | |
| Defendants. | ] | |

## MEMORANDUM

It has been called to the attention of this judge that the case purportedly assigned to him has been transferred to the United States Bankruptcy Court for the Northern District of Alabama, Eastern Division. In view of this, it would be appropriate for the judge who has the lowest case number pending in this court to rule on the pending Motion To Consolidate filed by appellants on June 26, 1997. If that judge wishes to grant the motion and have all of the cases assigned to this judge, that would be acceptable. The Clerk should determine which judge has the lowest case number and advise that judge of said pending motion.

This \_\_\_18th\_\_\_ day of August, 1997.

*Robert B. Propst*
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**